UNITED STATES of America,
Plaintiff–Appellee,

v.

George Billy Lee GANTT,
Defendant–Appellant.

No. 12–6527.

United States Court of Appeals,
Fourth Circuit.

Submitted: May 24, 2012.

Decided: May 31, 2012.

George Billy Lee Gantt, Appellant Pro Se. Alan Lance Crick, Assistant United States Attorney, Greenville, South Carolina, for Appellee.

Before MOTZ and DAVIS, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

George Billy Lee Gantt appeals the district court's order denying relief on his 18 U.S.C. § 3582(c)(2) (2006) motion for a sentence reduction. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Gantt,* No. 8:04–cr–01013–GRA–1 (D.S.C. Mar. 6, 2012). We dispense with oral argument because the facts and legal conten-

tions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*